XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
WILFRED FONG, State Bar No. 154303
Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 879-0189
  Fax:  (510) 622-2270
  E-mail:  Wil.Fong@doj.ca.gov
*Attorneys for Defendants Danielle Morrow, Bill Salsberg,*
*Holly Swartz, Catarina Le, Donny Fong and Brad Minton*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELECHI CHARLES EMEZIEM DBA LAW OFFICES OF EMEZIEM & OTHERS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al,<br><br>Defendants. | Case No.  4:16-cv-06628-HSG<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION, AND ORDER**<br><br>Judge:　　　Hon. Haywood S. Gilliam, Jr.<br>Trial Date:　　September 4, 2018<br>Action Filed:　April 20, 2016 |

     Plaintiff Kelechi Charles Emeziem and Defendants Danielle Morrow, Bill Salsberg, Holly Swartz, Catarina Le, Donny Fong and Brad Minton hereby stipulate to the DISMISSAL of this action in its entirety, including all claims against all defendants, with prejudice.  Each side shall bear its own costs and attorneys fees.

**SO STIPULATED:**

Dated:  January 30, 2018

                                  */s/Kelechi Charles Emeziem*
                              KELECHI CHARLES EMEZIEM, ESQ.
                              *Plaintiff*

Dated: January 30, 2018                    ISCANDARI & ASSOCIATES


                                           _____/s/Alieu Iscandari_____
                                           ALIEU ISCANDARI, ESQ.
                                           *Attorney for Plaintiff*


Dated: May 8, 2018                         XAVIER BECERRA
                                           Attorney General of California
                                           JEFFREY R. VINCENT
                                           Supervising Deputy Attorney General


                                           _____/s/Wil Fong_____
                                           WIL FONG
                                           Deputy Attorney General
                                           *Attorneys for Defendants*


## ORDER

Upon good cause shown, the above Stipulation of the parties is hereby approved and made the Order of this Court.

**SO ORDERED.**

Dated: 5/9/2018                   _____
                                  HON. HAYWOOD S. GILLIAM, JR.
                                  United States District Court Judge

OK2015900688
90900669.doc